```
1  JAMES A. MC DEVITT
   United States Attorney
2  ROLF H. TANGVALD
   Assistant United States Attorney
3  Post Office Box 1494
   Spokane, WA 99210-1494
4  Telephone: (509) 353-2767
   Fax: (509) 353-2766
5
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 24 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE WATERS and MALINDA WATERS as Co-Personal Representatives of the Estate of Gary Waters, Sr., and Craig Smith as Guardian ad Litem for GWJR, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>Defendants. | NO. CV-05-3017-AAM<br><br>ORDER FOR DISMISSAL |

Based upon the parties Stipulated Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1) this matter is dismissed with prejudice.

DATED this 24 day of April, 2006.

_____
ALAN A. McDONALD
Senior United States District Judge

ORDER - 1
P60330jmm.RT3